DANIEL G. BOGDEN
United States Attorney
KATHRYN NEWMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 11000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>　　　　Defendant. | 2:16-mj-0274-PAL<br><br><br><u>STIPULATION TO MODIFY<br>CONDITIONS OF RELEASE</u> |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, District of Nevada, and Kathryn Newman, Assistant United States Attorney, and Evan Schwab, Esq., counsel for King Isaac Umoren, that the conditions of release contained in the Appearance Bond, Order Setting Conditions of Release and Additional Conditions of Release filed on May 2, 2016 be modified as follows. Paragraph 21 of the Additional Conditions of Release shall be amended to read as follows:

[SPACE INTENTIONALLY LEFT BLANK]

- 1 -

727303

(21) The Defendant may travel to Central District of California for the purpose of court and business as approved by Pre-Trial Services. Pre-Trial Services notes that Defendant has been in compliance with his conditions of release and the requests of Pre-Trial Services to date. With the approval of Pre-Trial Services, Defendant is allowed to engage in the following, specific, additional travel: (a) business trip to Mesa, Arizona from October 27, 2016 thru October 31, 2016; (b) business trip to Fort Meyers, Florida from November 13, 2016 thru November 20, 2016; (c) business trip to Mesa Arizona from November 23, 2016 thru November 27, 2016; (d) business trip to Fort Meyers, Florida from November 30, 2016 thru December 4; and (e) business trip to Mesa, Arizona from December 6, 2016 thru December 9, 2016.

Dated October 21, 2016

Anthony A. Zmaila Limited PLLC

/s/ Evan Schwab
By:_____
Evan Schwab, Esq.
Counsel for Defendant King Umoren

Dated October 21, 2016

DANIEL G. BOGDEN
United States Attorney

/s/ Kathryn C. Newman
By:_____
Kathryn Newman
Assistant United States Attorney

IT IS SO ORDERED.

_____
NANCY J. KOPPE
United States Magistrate Judge

Dated: October 25, 2016

727303