Anthony A. Zmaila Limited PLLC
Evan D. Schwab, Esq.
265 E. Warn Springs Road, Suite 100
Las Vegas, Nevada 89119
T:  702-614-8800
F:  702-614-8700
E:  evan@aaznevada.com

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>            Defendant. | 2:16-mj-0274-PAL<br><br><u>STIPULATION TO MODIFY<br>CONDITIONS OF RELEASE</u> |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, District of Nevada, and Kathryn Newman, Assistant United States Attorney, and Evan Schwab, Esq., counsel for King Isaac Umoren, that the conditions of release contained in the Appearance Bond, Order Setting Conditions of Release and Additional Conditions of Release filed on May 2, 2016 be modified as follows.  Paragraph 21 of the Additional Conditions of Release shall be amended to read as follows:

[SPACE INTENTIONALLY LEFT BLANK]

731569

1  (21) The Defendant may travel to Central District of California for the purpose
2  of court and business as approved by Pre-Trial Services. Pre-Trial Services notes
3  that Defendant has been in compliance with his conditions of release and the
4  requests of Pre-Trial Services to date. With the approval of Pre-Trial Services,
5  Defendant is allowed to engage in the following, specific, additional travel: (a)
6  business trip to Fort Meyers, Florida from December 5, 2016 thru December 10, 2016;
7  (b) business trip to Mesa, Arizona from December 13, 2016 thru December 18, 2016; (c)
8  business trip to Fort Meyers, Florida from January 8, 2017 thru January 14, 2017; and (d)
9  business trip to Mesa, Arizona from January 17, 2017 thru January 21, 2017.

10 Dated November 29, 2016                    Dated November 29, 2016

11 Anthony A. Zmaila Limited PLLC             DANIEL G. BOGDEN
12                                            United States Attorney

13        /s/ Evan Schwab                          /s/ Kathryn C. Newman
14 By:_____              By:_____
   Evan Schwab, Esq.                           Kathryn Newman
15 Counsel for Defendant King Umoren          Assistant United States Attorney

20     IT IS SO ORDERED.
21     Dated: December 1, 2016

22                                         _____
                                           Nancy J. Koppe
23                                         United States Magistrate Judge

- 2 -

731569